UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20257-CR-RUIZ/LOUIS

IN RE SEALED INDICTMENT
_____/

FILED BY____MP____D.C.
Jun 18, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

The United States of America, by and through its undersigned Special Assistant United States Attorney, respectfully requests that the Indictment, arrest warrants, this Motion, and any resulting order be SEALED until the arrest of the first defendant or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that the named defendants may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The Special Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
Marc T. Canzio
Special Assistant United States Attorney
Fla Bar No.: 106306
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
Tel.: (305) 961-9292
Email: Marc.Canzio@usdoj.gov